HUBBARD FOSTER et al., Respondents, *v.* THE CITY OF BUFFALO, Appellant.

(Argued March 20, 1883 ; decided March 30, 1883.)

THIS was an appeal from an order of General Term, affirming an order of Special Term granting a preliminary injunction. *Held*, that the order was in the discretion of the court below and so not appealable.

The court cited *Van Dewater* v. *Kelsey* (1 N. Y. 533) ; *Paul* v. *Munger* (47 N. Y. 469) ; *People* v. *Schoonmaker* (50 id. 499) ; *Young* v. *Campbell* (75 id. 525).

*Giles E. Stillwell* for appellant.

*E. J. Plumley* for respondents.

DANFORTH, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.

---

In the Matter of the Opening of LEXINGTON AVENUE.

(Argued March 20, 1883 ; decided March 30, 1883.)

REPORTED below (29 Hun, 303).

*Herbert A. Shipman* for appellant.

*D. J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.